# Court of Appeals
# of the State of Georgia

ATLANTA, November 15, 2021

*The Court of Appeals hereby passes the following order*

**A22I0064. BEVERLY FARR JOHNSON, EXECUTOR OF THE ESTATE OF TOMMY GENE JOHNSON, SR. v. RALPH GRIFFITH, AS ADMINISTRATOR OF THE ESTATE OF SARA HABERMAN.**

Upon consideration of the Application for Interlocutory Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

17CV122



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta, November 15, 2021.*

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*